UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| J.K., et al., ) | CASE NO. 5:14CV1985 |
| ) | |
| Plaintiffs, ) | JUDGE JOHN R. ADAMS |
| ) | |
| -vs- ) | |
| ) | MEMORANDUM OF OPINION |
| Hudson City School Board of Education, ) | AND ORDER |
| ) | |
| ) | |
| Defendant. ) | |

On September 8, 2015, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 23) recommending that the Court DENY Plaintiffs' motion for judgment on the administrative record and affirm the decisions made by numerous administrative officials.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service.  No one has raised any objections.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. Plaintiffs' motion for judgment on the administrate record is DENIED.  Plaintiffs' assignments of error are overruled and the decisions of the independent hearing officer and state level review officer are affirmed.  This matter is hereby closed.

IT IS SO ORDERED.

Dated:  September 28, 2015                                              */s/ John R. Adams*_____
                                                                                        JOHN R. ADAMS
                                                                                        UNITED STATES DISTRICT JUDGE